**Order entered February 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01137-CR

### LUIS RODOLFO LOPEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-1160773-M**

## ORDER

Appellant's February 20, 2015 Motion to Withdraw the Appellate Record is **DENIED**.


/s/     ELIZABETH LANG-MIERS
JUSTICE